MN, ND-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: David B. Austad

Chapter 7 Case No. 08-45830

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| FIA Card Services NA/Bank of America By American Infosource LP as its agent P.O. Box 248809 Oklahoma City, OK 73124-8809 | 9 | 10.04 | .14 |

Dated: April 27, 2010

_____
Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Austad\Unclaimed Dividends Distribution Less than $5.wpd